UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIN MICHAEL SOLOMAN<br><br>Defendant. | CASE NO.CR099-0420C<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on May 5th 2005. The United States was represented by Susan M. Roe, defendant was represented by Michael Filipovic standing in for Paula Deutsch. The proceedings were recorded on cassette tape.

## CONVICTION AND SENTENCE

Defendant had been convicted of possession of cocaine base with intent to distribute on or about February 1st 2000. The Hon. John C. Coughenour of this court sentenced defendant to 60 months of confinement, followed by five years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions and various special conditions.

## ALLEGED VIOLATIONS AND THE DEFENDANT'S ADMISSION

USPO Steven R. Gregoryk alleged that defendant violated the conditions of supervised

release in three respect(s):

(1) Possession of cocaine on or about February 11th, 2005, in violation of the general condition of supervision which states that the defendant shall not possess a controlled substance.

(2) Possession of Oxycontin, on or about February 11th, 2005, in violation of the general condition of supervision which states that the defendant shall not possess a controlled substance.

(3) Possession of drug paraphernalia on or about February 11th, 2005, in violation of standard condition No. 7.

At an initial hearing, I advised the defendant of these charges and of his constitutional rights. At today's hearing defendant admitted the violations #1, 2, and 3 waived any hearing as to whether it occurred, and consented to having the matter set for a disposition hearing before the Hon. John C. Coughenour.

### RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged; and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the court.

DATED this 5th day of May, 2005.

MONICA J. BENTON
United States Magistrate Judge

cc:  Sentencing Judge         :  Hon. John C. Coughenour
     Assistant U.S. Attorney  :  Susan M. Roe
     Defense Attorney         :  Paula Deutsch
     U. S. Probation Officer  :  Steven R. Gregoryk

PROPOSED FINDINGS
PAGE -2-