UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. CR99-420-JCC |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| ERIN MICHAEL SOLOMON, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on June 27, 2007. The United States was represented by Assistant United States Attorney Kathryn Frierson, and the defendant by Mr. Mark Kaima.

The defendant had been charged and convicted of Possession of Cocaine Base with Intent to Distribute. On or about January 21, 2000, defendant was sentenced by the Honorable John C. Coughenour to a term of sixty (60) months in custody, to be followed by five years of supervised release.

On or about February 11, 2005, a violation report and request for warrant was submitted to the Court. Defendant's sentence was revoked, and at that time was sentenced by the Honorable John C. Coughenour to six months in custody to be followed by 54 months

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

of supervised release.

In addition to the standard conditions of supervised release, which includes compliance with all local, state, and federal laws, special conditions of supervised release were imposed. These special conditions included, but were not limited to, substance-abuse and mental-health treatment program participation, financial disclosure, consent to search, prohibited from working for cash, employment restrictions, alcohol abstinence, and no possession of any device that would interfere with urinalysis testing.

In a Petition for Warrant or Summons for Offender Under Supervision dated March 22, 2007, Mr. Jerrod Akins, U.S. Probation Officer, alleges the following violations of defendant's conditions of supervised release:

(1) Committing the crime of possession of cocaine on March 17, 2007, in violation of the general condition of supervision which states that the defendant shall not commit another federal, state, or local crime.

(2) Committing the crime of possession of Oxycontin on March 17, 2007, in violation of the general condition of supervision with states that the defendant shall not commit another federal, state, or local crime.

(3) Committing the crime of possession of marijuana on March 17, 2007, in violation of the general condition of supervision which states that the defendant shall not commit another federal, state, or local crime.

(4) Possession of drug paraphernalia on or about March 17, 2007, in violation of standard condition number 7.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violation numbers 1, 2, and 3. Alleged violation number 4 was withdrawn and dismissed by the government.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation numbers 1, 2, and 3, and that the

01  Court conduct a hearing limited to disposition.  A disposition hearing on these violations has

02  been set before the Honorable John C. Coughenour for July 13th, 2007, at 9:00 a.m.

03  Pending a final determination by the Court, the defendant has been detained.

04  DATED this 27th day of June, 2007.

05

06  *[signature: James P. Donohue]*
JAMES P. DONOHUE
07  United States Magistrate Judge

08

09  cc:    District Judge:         The Hon. John C. Coughenour
10         AUSA:                   Ms. Susan Roe
       Defendant's attorney:    Mr. Mark Kaima
11     Probation officer:       Mr. Jerrod Akins

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 3