UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR99-420 JCC |
| ) | |
| v. ) | **PROPOSED FINDINGS OF** |
| ) | **FACT AND DETERMINATION** |
| ERIN MICHAEL SOLOMON, ) | **AS TO ALLEGED** |
| ) | **VIOLATIONS OF** |
| Defendant. ) | **SUPERVISED RELEASE** |
| ) | |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on March 11, 2009. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Darwin Roberts, and defendant was represented by James L. Vonasch. Also present was U.S. Probation Officer Michael Larson. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant was sentenced on January 21, 2000 by the Honorable John C. Coughenour for Possession of Cocaine Base with Intent to Distribute. The Court imposed 60 months of imprisonment and 5 years of supervised release. Defendant has a history of violations of his supervised release.

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

(1)     On September 20, 2004, the probation department alleged defendant used hydrocodone on September 12, 2004.  The Court concurred with the recommendation that no action be taken.

(2)     On November, 22, 2004, the probation department alleged defendant consumed cocaine on November 16, 2004.  The Court concurred with the recommendation that no action be taken.

(3)     On February 11, 2005, the probation department alleged defendant possessed cocaine with intent to distribute, possessed OxyContin with intent to distribute, and possessed drug paraphernalia.  The Court sentenced defendant to six months of imprisonment and 54 months of supervised release.

(4)     On March 22, 2007, the probation department alleged defendant possessed cocaine, OxyContin, marijuana, and drug paraphernalia.  Defendant admitted possessing cocaine, marijuana, and OxyContin.   The Court sentenced defendant to eight months of imprisonment with day-for-day credit for any time at an inpatient substance treatment facility.  Defendant was released from custody and started inpatient treatment on August 14, 2007.

(5)     On September 4, 2007, the probation department alleged defendant failed to participate as instructed in substance abuse treatment.  The Court sentenced defendant to serve 8 months in custody and 41 months of supervised release.  Defendant was released from custody on August 11, 2008.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated December 15, 2008, U.S. Probation Officer Jerrod Akins alleged that defendant violated the following conditions of supervised release:

(1) Committing the crime of assault fourth degree on December 5, 2008, in violation of general condition that he not commit another federal, state, or local crime.

(2) Committing the crime of malicious mischief on December 5, 2008, in violation of the general condition that he not commit another federal, state, or local crime.

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing before District Judge John C. Coughenour at a date to be determined.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the Court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 11th day of March, 2009.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge